UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,
    Plaintiff,

       v.                              Civil Action No. 07-2377 BBD-tmp

Vic A. Adair,
    Defendant.

**MOTION FOR ENTRY OF DEFAULT AND
FOR ENTRY OF JUDGMENT BY DEFAULT**

In this action, defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and this fact is set forth in the attached Affidavit in Support of Entry of Default and Entry of Judgment by Default.

The United States' claim against defendant is for a sum certain, as specified in the Affidavit in Support of Entry of Default and Entry of Judgment by Default. Pursuant to F. R. Civ. P. 55(b)(1), the United States is entitled to judgment which may be entered by the Clerk of Court.

Respectfully submitted,

DAVID KUSTOFF
United States Attorney

By:    s/Barbara M. Zoccola
        Barbara M. Zoccola (TN BPR #13020)
        Assistant United States Attorney
        200 Jefferson, Suite 811
        Memphis, TN 38103
        (901) 544-4010