UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,
    Plaintiff,

    v.                                              Civil Action No. 07-2377 BBD-tmp

Vic A. Adair,
    Defendant.

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT AND
ENTRY OF JUDGMENT BY DEFAULT**

Pursuant to Title 28, United States Code, Section 1746, the undersigned attorney for plaintiff says:

1. Defendant was served with the summons and complaint in this action on July 9, 2007.

2. The time for the defendant to plead or otherwise defend has expired, and the defendant has not done so.

3. The amount owed to plaintiff from defendant is $7,812.28, plus interest according to law, and no part thereof has been paid.

4. The United States is entitled to recover filing fees in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2).

Under penalty of perjury, the undersigned declares the foregoing to be true and correct.

Executed: 01-22-08

                                              s/Barbara M. Zoccola
                                            Barbara M. Zoccola (BPR #13020)
                                            Assistant United States Attorney

CERTIFICATE OF SERVICE

    I, Barbara M. Zoccola, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been mailed, first class postage pre-paid, to Vic A. Adair, 4176 Given Avenue , Memphis, TN  38122.


    Dated: 01/22/2008


    s/Barbara M. Zoccola
    Barbara M. Zoccola
    Assistant United States Attorney