### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Case No.  07-2377** |
| v. | ) |
| | ) |
| **Vic A. Adair** | ) |
| | ) |
| **Defendant,** | ) |

### ENTRY OF DEFAULT

Upon the Motion for Entry of Default and Entry of Judgment by Default filed by Plaintiff on January 22, 2008, DEFAULT IS HEREBY ENTERED against the defendant(s), Vic Adair, pursuant to FRCvP 55(a).

Service was made on July 9, 2007 upon the above-named defendant(s) in accordance to the FRCvP.  The defendant(s) have failed to plead or answer.

For good cause shown, the court may set aside this request for entry of default, pursuant to Rule 55(c).

Entered this 7 day of  February,    200 8 .

        THOMAS M. GOULD
        Clerk of Court

        By:    S/J Lee
             Deputy Clerk