IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 07-2377 |
| | ) | |
| Vic A. Adair | ) | |
| | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |
| | ) | |

---

### DEFAULT JUDGMENT

---

    Upon the Motion and Affidavit of the plaintiff UNITED STATES OF AMERICA, filed on January 22, 2008, and pursuant to FRCvP 55(b),

    DEFAULT JUDGMENT is entered in favor of the plaintiff, UNITED STATES OF AMERICA, and against the defendant, Vic A. Adair.

    Entered this 6th day of March, 2008.

                                    THOMAS M. GOULD, CLERK

                                    BY: s/Jean Lee
                                          Deputy Clerk