IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | No. 07-cv-2377-JPM-tmp |
| Plaintiff, | | |
| v. | | |
| VIC A. ADAIR, | | |
| Defendant. | | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation filed by Magistrate Judge Pham on January 26, 2017. (ECF No. 26.) In the Report and Recommendation, the Magistrate Judge recommends that Defendant Vic A. Adair's Declaration for Claim of Exemption (ECF No. 18) be denied. (Id. at PageID 119.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections expired on October 7, 2016. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and

1

Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 26) in its entirety.

Accordingly, pursuant to the Report and Recommendation, Defendant's Declaration for Claim of Exemption (ECF No. 18), filed November 21, 2016, is DENIED.

**IT IS SO ORDERED**, this 6th day of February, 2017.

                                        /s/ Jon P. McCalla
                                        JON P. McCALLA
                                        UNITED STATES DISTRICT COURT JUDGE